IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 20-0241-CG-N |
| | ) |
| ALABAMA U.S., | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 21) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated July 24, 2020, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** *sua sponte* under Federal Rule of Civil Procedure 12(h)(3) for lack of subject-matter jurisdiction, under the *Rooker-Feldman* doctrine. Accordingly, all pending motions are **MOOT**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 19th day of August, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE