# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 20-0241-CG-N |
| | ) |
| ALABAMA U.S., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendants Jeff Brock and David Steele, Sr., and against Plaintiff Amanda Johnson, in accordance with the order entered on this date adopting the recommendation of the Magistrate Judge and dismissing this action without prejudice.

**DONE** and **ORDERED** this the 19th day of August, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE