IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 20-0241-CG-N |
| JEFF BROCK and DAVID F. STEELE, SR.,[1] | ) |
| Defendants. | ) |

## AMENDED ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 21) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated July 24, 2020, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** *sua sponte* under Federal Rule of Civil Procedure 12(h)(3) for lack of subject-matter jurisdiction, under the *Rooker-Feldman* doctrine. Accordingly, all pending motions are **MOOT**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 28th day of August, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The original Order (Doc. 23) incorrectly named Alabama U.S., as the defendant in this matter. The Order is Amended to correct the clerical error pursuant to Rule 60(a) of the F.R.Civ.P.