IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION 20-0241-CG-N |
| | ) |
| JEFF BROCK and DAVID F. | ) |
| STEELE, SR.,[1] | ) |
| | ) |
| Defendants. | ) |

## AMENDED JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendants Jeff Brock and David Steele, Sr., and against Plaintiff Amanda Johnson, in accordance with the order entered on this date adopting the recommendation of the Magistrate Judge and dismissing this action without prejudice.

**DONE and ORDERED** this 28th day of August, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The original Judgment (Doc. 24) incorrectly named Alabama U.S. as the defendant in this matter.  The Judgment is amended to correct the clerical error pursuant to Rule 60(a) of the F.R.Civ.P